IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JONATHAN CUSHMAN CPA LLC, | CV 24-65-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| MICHELLE BABCOCK, | |
| Defendant. | |

Plaintiff Jonathan Cushman CPA LLC ("Cushman")'s has moved unopposed for leave to file Exhibit L to its Statement of Facts, (*see* Doc. 27), under seal. (Doc. 23.) Exhibit L contains information covered by the parties' Stipulated Protective Agreement Regarding Confidentiality dated December 17, 2024, which prohibits the parties from routinely filing confidential information, except under seal. Exhibit L contains sensitive, confidential information related to Cushman's business operations and financial condition. Specifically, the exhibit discloses the amounts and business areas that Cushman has been generating revenue over the last nearly three years. The protection of this sensitive business information is a compelling reason to seal Exhibit L.

1

Accordingly, IT IS ORDERED that Cushman's motion (Doc. 23) is GRANTED.  The Clerk is directed to change Doc. 24 from "Lodged" to "Filed" and Exhibit L will remain sealed.

DATED this 6th day of February, 2025.

_____
Donald W. Molloy, District Judge
United States District Court