IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JONATHAN CUSHMAN CPA LLC, | CV 24-65-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| MICHELLE BABCOCK, | |
| Defendant. | |

Defendant Michelle Babcock has moved unopposed for leave to file Exhibits

B and C to her Statement of Disputed Facts, (*see* Doc. 34), under seal.  (Doc. 32.)

Exhibits B and C are payroll records that contain information covered by the

parties' Stipulated Protective Agreement Regarding Confidentiality dated

December 17, 2024, which prohibits the parties from routinely filing confidential

information, except under seal.

Accordingly, IT IS ORDERED that Babcock's motion (Doc. 32) is

GRANTED.  The Clerk is directed to change Doc. 33 from "Lodged" to "Filed"

and Exhibits B and C will remain sealed.

DATED this 4th day of March, 2025.

_____
Donald W. Molloy, District Judge
United States District Court