IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JONATHAN CUSHMAN CPA LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MICHELLE BABCOCK,<br><br>Defendant. | CV 24-65-M-DWM<br><br><br><br>ORDER |

Plaintiff Jonathan Cushman CPA LLC ("Cushman")'s has moved unopposed for leave to file Exhibits HH and II to its Response to Defendant's Statement of Additional Facts, (*see* Doc. 40), under seal. (Doc. 36.) Exhibit HH is an email chain containing personal information regarding Defendant's health insurance. Exhibit II is an excerpt of Defendant's timecard that states the specific services she provided third party clients. The protection of this sensitive personal and business information is a compelling reason to seal Exhibits HH and II. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096–97 (9th Cir. 2016).

1

Accordingly, IT IS ORDERED that Cushman's motion (Doc. 36) is GRANTED. The Clerk is directed to change Docs. 37, 38 from "Lodged" to "Filed" and Exhibits HH and II will remain sealed.

DATED this 18th day of March, 2025.

_____
Donald W. Molloy, District Judge
United States District Court