IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

|  |  |
|---|---|
| JONATHAN CUSHMAN CPA LLC, | CV 24-65-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| MICHELLE BABCOCK, | |
| Defendant. | |

Defendant Michelle Babcock having provided notice that she has filed for Chapter 7 bankruptcy, (*see* Doc. 70),

IT IS ORDERED that this matter is STAYED pending resolution of Babcock's bankruptcy proceeding or a lifting of the automatic stay. *See* 11 U.S.C. § 362. Accordingly, the trial and associated deadlines, (*see* Docs. 15, 66), are VACATED.

IT IS FURTHER ORDERED that Babcock must file a status report every ninety (90) days beginning on September 1, 2025.

DATED this 10th day of June, 2025.

Donald W. Molloy, District Judge
United States District Court