IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JONATHAN CUSHMAN CPA LLC, | CV 24-65-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| MICHELLE BABCOCK, | |
| Defendant. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED. The February 9, 2026 jury trial is VACATED.

DATED this 17th day of September, 2025.

_____
Donald W. Molloy, District Judge
United States District Court